IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| THONG SOK SOVAN,<br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:17-CV-5238-MAT<br><br><br>[~~proposed~~] ORDER |

After considering the filings of the parties regarding this issue, it is hereby ORDERED that attorney fees in the amount of $4,839.97 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the EAJA fees are not subject to an offset as described in *Ratliff,* the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to her attorney. The check for EAJA fees shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, P.O. Box 97301, Lakewood, WA, 98497.

IT IS SO ORDERED.

Dated this 2nd day of January, 2018.

                                                Mary Alice Theiler
                                              United States Magistrate Judge

Presented by:

CHRISTOPHER H. DELLERT, WA #42453
Dellert Baird Law Offices, PLLC
P.O. Box 97301
Lakewood, WA 98497
Phone: (360) 329-6968
Fax: (360) 824-9371
Email: dellert.law.office@gmail.com

Attorney for Plaintiff